584 A.2d 235
STATE OF NEW JERSEY v. MARVIN McRAE.

May 30, 1990.

Petition for certification denied.

584 A.2d 235
STATE OF NEW JERSEY v. DR. STANLEY FIEBER.

May 30, 1990.

Petition for certification denied.

584 A.2d 235
AILEEN HWANG v. ALBERTON HALL ASSOCIATION, INC.

May 30, 1990.

Petition for certification denied.

584 A.2d 235
STATE OF NEW JERSEY v. MIGUEL CLEMENTE CONTRERAS.

May 30, 1990.

Petition for certification denied.

584 A.2d 235
STATE OF NEW JERSEY v. JUAN FRANCISCO REYES.

May 30, 1990.

Petition for certification denied.